August 12, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MOHAMMED KHAN, Appellant

NO. 14-13-00024-CV                V.

SAFECO SURPLUS LINES, CRAWFORD & COMPANY
AND GARY WHIGHTSIL, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Safeco Surplus Lines, Crawford & Company and Gary Whightsil, signed October 10, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mohammed Khan, to pay all costs incurred in this appeal. We further order this decision certified below for observance.